I'm going to talk about two issues, but first is how my first complaint meets the tension and how this issue is really seeking to help people. One time I found out from my client who was in a lawyer hearing that there was a therapy of discrimination issue regarding her housing based on her studies. So, you see, she's now seeking to avoid furthering discrimination. She's furthering the notion of a domestic violence violence discrimination. She's now seeking to avoid furthering the notion of a domestic violence violence discrimination. The second complaint is applying for the complaint to have a notice of termination, which is specifically based on a domestic violence violence. And the answer, our legal aid raised, is statutory domestic violence discrimination. The attorney that you heard that night is documented in a police report. He was trapped on the noose, searching the WV, looking for their domestic violence attorney, and the attorney found a domestic violence restraining order, which is the current answer, which triggered and brought to the attention of legal aid, which is the current answer, and it's my understanding that this man had a possible complete defense. As you see in this example, we're talking about a friend. So we don't have a trial case. The thing is, she told me to proceed to the second hearing, but it's not until the second hearing, but it's not until the second hearing, that she's officially going on bail. She's gone. So I showed up at the second hearing, and my client, who had worked for HUD for nine years, informed me that the perpetrator had been out on the first day, and therefore the answer to the letter she finally sent me was standing. And my estimation as the trial attorney responsible for the case was there was a complete defense, and that proceeding, I guess I would guess, would be a double victimization, and that would be the first hearing. The second hearing would be the first hearing, and the third one is a complete defense, too. The other one is a false trial case, and I certainly felt we both agreed we should settle the case, and I also advised myself to continue this trial, but this is already a false trial case. It's not a false trial case. It's something that's about to be undertaken, and I have information on my email that speaks about the innovation that is a victim of domestic violence and a victim of victimization, and that is a victim of domestic violence. The statistics, the NMO from Sarah Brown, which is in the records, states that there's policy by the landlord to leave everybody in a unit, but that has a disparaging impact on women because women are overwhelmingly vulnerable. The question is, since you're at this intervention, are you observing something that you can't observe? You're still a victim of domestic violence. You're a victim of domestic violence. You're a victim of domestic violence. You're a victim of domestic violence. You're a victim of domestic violence. And you're still a victim. You can leave. You're a child. You're still a victim. You're still a victim. Well, I actually find that the delay brings the majority of the population down to a different level. I don't assume that the delay will restore everything that it already has. I'm not sure that's the case. I'm not sure that's the case. I don't know. But the new sign, you know, is people judgment. There is a new judgment. And it's hard to understand. And we don't have to lose a lot of institutions. What we have to say is, once again, all violence is really a part of the institution. It is a part of the institution. And we can't cancel the overall purpose of the institution. But at least now we know there is authority in gray areas, which is sighted versus hearing field, that innovation itself should be a discriminatory policy action for how we practice innovation. And it should be done in a healthy way. That's one of our most important rights, is to do that for a discriminatory purpose, is when the stipulation stops. Currently, the victims have been followed for two hours, and since the two hours have not been taking place, the stipulation brings all of the other institutions to the center. And so it's going to be a case that goes from there, because you've got a platform, and all you need to do is follow it. Only versus or? I'm just asking for a better answer. You need to set a discriminatory process. I can't hear you. Well, what's the theory then? What's the key to the focus? What's your theory? I think it's simple versus not. I think this is just a case of that even though the discrimination has actually occurred, it can be a process. Yes, I would actually just like to ask a question for you, because I'm not getting the answer. So, what do you think is the key to the focus? I think it's policy, and I'm not getting the answer. I think it's the focus of the work. And I think that's the key. Absolutely.  Yes. I think it's the key to the focus. I think it's that focus. Yes.  That's great.  Absolutely. Yes. Absolutely. I think that's the key. Absolutely. Thank you, Tracy. Absolutely. Thank you so much. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. I just had a question. When I was diagnosing myself, I had Ms. Feig. My diagnosis was basically a psychotic-inducing seizure. And this is a common case that I find to be a relevant fact for some other type of psychotic behavior. But what we're dealing with is a very narrow interdisciplinary issue, which is in the psychological process. And so having to adjust to the responsible facts that she was fired for being a more encouraging person, and the exercise or enjoyment of her rights with her family, is a question that I think is very important for us. Who is that person that this person was dating, or encouraging? The person in the original complaint, the allegation was thoroughly adventurous, seizing her enjoyment, encouraging her enjoyment, and then the discrimination. And the records say, well, you can't have that type of activity. It's a violation of your rights for two years in the military. And you can't have that type of activity. And it was based upon some of the top cases that she came across. And as she did, her case was filed by the Supreme Court, which also has the case of a woman who says that she's been enjoying the relationship that she's been in for two or three years. And she was so satisfied that she was getting her client back that she thought that this was a mistake. And we can now see it's an issue of interpreting. You can turn it down. We can change it. We can put it down again. Is he a more encouraging person? And then the second outcome of that is the exercise or enjoyment of her rights for 25 or 30 years. She used it as a survey of dating her client. And the record also says that she absolutely did cheat. Well, she was cheating both the time. She was cheating both time and time again because the case that we cited in the court was all done on a date versus a date alone. So it's an all-counter case. It's a totally false case for this court. Essentially, she did the exact opposite of what was on the side of the court. So that's an interesting reason. You can't break the rules. And you don't have to break the rules if your client finds it successful. You can't let the internet sell it. You can't let murder sell it. Because the client, the lawyers were here, and the people were going back to me. She was fired. She was fired by her attorney for not following the instructions to take the case to court. Remember that she had to be put in based on what she heard in the cell in her office that 38,000 times. But when you look at the case files, it depends on the actual police and then the California area. So there are three large exceptions to that. And the federal courts can't afford to have those exceptions. In addition, she was not officially involved in the case at all. She was not involved in the case at all. True. But so instead of trying to case, we put her on a stunt call earlier in the week, and she was not involved in the case. She was not involved in the case. And so, she was not involved in the case. She was not involved in the case. So the courts can't afford to have those exceptions. So, yeah, I think that's it. The other one is, is race. And it is interesting to consider that race is closely related to her age. So why is it that age is not considered as well as race? She was not involved in the exceptions. The only exception is her father, who was fired because she, essentially, was not involved in the case. So she was not involved in the case. The other one is, is race. And it is interesting to consider that race is closely related to her age. So why is it that age is not considered as well as race? She was not involved in the case. So why is it that age is not considered as well as race? In addition to that, there is a potential that that age, was at the end of some of the analysis in the case, that she was in a base of entry into the Asian plate. And therefore, it was not part of the intent of the theory. Based on the case, that's not the reason why she was breaking the rules. What I wanted to do, not the theory-wise, was to see if there was anything at first that was supporting that age. Okay. One more thing that I want to share, and this is the same report, appeals forward. And this is the same report. The reason for that is that, in part, there are a lot of good comments. A, G, B, C, D, C, E, D, E,
judges: Wardlaw, Paez, Bea